UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DOROTHY L. MOORE-DUNCAN, Regional Director of the Fourth Region of the **NATIONAL LABOR RELATIONS BOARD**, for and on behalf of the **NATIONAL LABOR RELATIONS BOARD**,

Petitioner,

v.

**INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 326**

Respondent.

Civil No.

## ORDER TO SHOW CAUSE

The Petition of Dorothy L. Moore-Duncan, Regional Director of the Fourth Region of the National Labor Relations Board, having been filed pursuant to Section 10(l) of the National Labor Relations Act, as amended, praying for a temporary restraining order against Respondent International Brotherhood of Teamsters, Local 326, to show cause why an injunction should not issue enjoining and restraining Respondent from engaging in certain acts and conduct in violation of the Act, pending the final disposition of the matters involved herein pending before the Board, and good cause appearing therefor,

**IT IS ORDERED** that Respondent appear before this Court at the United States Courthouse, J. Caleb Boggs Federal Building, Courtroom    , 844 North King Street, Wilmington, Delaware, on the    day of       , 2005, at    .m., or as soon thereafter as counsel can be heard, and then and there show cause, if any there be, why, pending the final disposition of the matters involved herein pending before the Board, Respondent, its officers, representatives, agents, servants, employees, attorneys, and all members and persons acting in concert or participation with it or them should not be enjoined and restrained as prayed in the Petition; and

**IT IS FURTHER ORDERED** that Respondent file an Answer to the allegations of the Petition with the Clerk of this Court, and serve a copy thereof upon Petitioner at her office located at 615 Chestnut Street, 7th Floor, Philadelphia, Pennsylvania 19106, on or before the          day of                    2005; and

**IT IS FURTHER ORDERED** that service of a copy of this Order, together with a copy of the Petition and Exhibits upon which it is issued, be forthwith made upon Respondent and upon Total Distribution Services, Inc., the Charging Party before the Board, in any manner provided in the Federal Rules of Civil Procedure or by certified mail, and that proof of such service be filed herein.

Done at Wilmington, Delaware this    day of             2005.

---

**UNITED STATES DISTRICT JUDGE**