AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. \_\_\_\_\_05-678\_\_\_\_\_

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF \_\_\_1\_\_\_ COPIES OF AO FORM 85.

\_\_\_9/16/05_____    \_\_\_*Bryan Farmer*_____
(Date forms issued)                               (Signature of Party or their Representative)

_____*Bryan Farmer*_____
                              (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action