UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY L. MOORE-DUNCAN, Regional Director of the Fourth Region of the NATIONAL LABOR RELATIONS BOARD, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 326<br><br>Respondent. | Civil No. 05-678 (KAJ) |

## MOTION FOR ENTRY OF STIPULATED CONSENT DECREE

The Petitioner, Dorothy L. Moore-Duncan, Regional Director of the Fourth Region of the National Labor Relations Board ("Board"), for and on behalf of the Board, through undersigned counsel, hereby respectfully moves the Court to enter the attached stipulated Consent Decree. In support of this motion, Petitioner provides the following:

1. On September 19, 2005, Petitioner filed with this Court a petition, pursuant to Section 10(l) of the National Labor Relations Act, as amended (61 Stat. 149; 73 Stat. 544; 29 U.S.C. Sec. 160(l)), for appropriate injunctive relief pending the final disposition of the matters involved herein pending before the Board on a charge alleging that the International Brotherhood of Teamsters, Local 326 ("Respondent"), has engaged in, and is engaging in, acts and conduct in violation of Section 8(b)(4), subparagraph (B), of the Act.

2. As part of that petition, Petitioner requested that the Court issue an Order to Show Cause to Respondent to appear before this Court, at a time and place fixed by the Court, and show cause, if any there be, why an injunction should not issue enjoining and restraining

Respondent, and others, from engaging in certain enumerated acts pending the final disposition of the matters before the Board.

2. Before any action by the Court, the parties stipulated to entry by the Court of the attached stipulated Consent Decree. As part of the Decree, Respondent has agreed that it will not engage in conduct prohibited by Section 8(b)(4)(B) of the Act. With the Court's approval of this Consent Decree, no hearing will be necessary.

Accordingly, for the reasons set forth above, Petitioner respectfully requests that the Court enter the attached stipulated Consent Decree. If the Court wishes further information on the proposed Consent Decree and/or the underlying action before the Board, at the Court's request, the parties will make themselves available to answer any questions the Court may have.

Respectfully submitted,

_____/S/_____
DOROTHY L. MOORE-DUNCAN
Regional Director, Region Four
National Labor Relations Board

ARTHUR F. ROSENFELD
Acting General Counsel

BARRY J. KEARNEY
Associate General Counsel

JOHN E. HIGGINS, JR.
Deputy General Counsel

DANIEL E. HALEVY                           COLM F. CONNOLLY
Regional Attorney, Region Four             United States Attorney
                                           District of Delaware

CARMEN P. CIALINO,
Deputy Regional Attorney, Region Four

| | |
|---|---|
| _____/S/_____ | By:_____/S/_____ |
| MARGARET M. MCGOVERN, Attorney | RUDOLPH CONTRERAS |
| Attorney for Petitioner | Chief of Civil Division |
| National Labor Relations Board, Region Four | Office of United States Attorney |
| One Independence Mall, 7th Floor | District of Delaware |
| 615 Chestnut Street | |
| Philadelphia, Pennsylvania 19106 | |
| Telephone: 215-597-7620 | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DOROTHY L. MOORE-DUNCAN**, Regional Director of the Fourth Region of the **NATIONAL LABOR RELATIONS BOARD**, for and on behalf of the **NATIONAL LABOR RELATIONS BOARD**, <br><br> Petitioner, <br><br> v. <br><br> **INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 326** <br><br> Respondent. | Civil No. 05-678 |

## CONSENT DECREE

A Petition for Temporary Injunction having been filed herein on September 16, 2005, by Dorothy L. Moore-Duncan, Regional Director of the Fourth Region of the National Labor Relations Board, for and on behalf of the Board, praying for a temporary injunction pursuant to Section 10(l) of the National Labor Relations Act, as amended, herein called the Act, pending the final disposition of the matters involved herein pending before the Board, and Petitioner having sought an Order requiring Respondent to show cause why injunctive relief should not be granted as prayed in the Petition, and the parties having thereafter consented to the entry of the within Order, and Respondent not having thereby admitted that it has violated the Act, it is therefore,

**ORDERED, ADJUDGED AND DECREED** that, pending the final disposition of the matters involved herein pending before the National Labor Relations Board, Respondent, International Brotherhood of Teamsters, Local 326, its officers, representatives, agents, servants, employees, attorneys and all members and persons acting in concert or participation with it or them, be, and they hereby are, enjoined and restrained from:

    (a)    Continuing its current picketing of Total Distribution Services, Inc. at the Wilmington Center at 1155 Centerville Road, Wilmington, Delaware;

(b) In any manner, or by any means, including picketing, orders, directions, instructions, requests, or appeals, however given, made or imparted, or by any like or related acts or conduct, or by permitting any such to remain in existence or effect, engaging in, or inducing or encouraging any individual employed by Total Distribution Services, Inc., or by any other person engaged in commerce or in an industry affecting commerce to engage in, a strike or refusal in the course of their employment to use, manufacture, process, transport, or otherwise handle or work on any goods, articles, materials, or commodities, or to perform any services, or in any manner, or by any means, threatening, coercing or restraining Total Distribution Services, Inc., or any other person engaged in commerce or in an industry affecting commerce, where in either case an object thereof is to force or require Total Distribution Services, Inc., or any other person to cease using, selling, handling, transporting or otherwise dealing in the products or services of North American Rail Solutions of Delaware, LLC, or each other, or to cease doing business with North American Rail Solutions of Delaware, LLC.

Done at Wilmington, Delaware this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

Consented to:

By: /s/ Hugh J. Bernu  9-21-05
    Respondent

By: /s/ Margaret M. McSween
    Petitioner

\priority\8h4b\ingerman cionsent decree.doc

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September 2005, I electronically filed the attached Motion for Entry of Stipulated Consent Decree with the Clerk of the Court and have mailed copies to counsel for Respondent.

J. Beins
Beins, Axelrod, Kraft, Gleason & Gibson, P.C.
1717 Massachusetts Avenue, N.W.
Suite 704
Washington, DC 20036-2001

James M. Gary
Akin, Gump, Strauss, Hauer & Feld, LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

/S/
RUDOLPH CONTRERAS
Chief, Civil Division
Assistant United States Attorney
1007 Orange Street
Suite 700
Post Office Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277