UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

**DOROTHY L. MOORE-DUNCAN**, Regional Director of the Fourth Region of the **NATIONAL LABOR RELATIONS BOARD**, for and on behalf of the **NATIONAL LABOR RELATIONS BOARD**,

Petitioner,

v.

**INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 326**

Respondent.

Civil No. 05-678

---

## CONSENT DECREE

A Petition for Temporary Injunction having been filed herein on September 16, 2005, by Dorothy L. Moore-Duncan, Regional Director of the Fourth Region of the National Labor Relations Board, for and on behalf of the Board, praying for a temporary injunction pursuant to Section 10(1) of the National Labor Relations Act, as amended, herein called the Act, pending the final disposition of the matters involved herein pending before the Board, and Petitioner having sought an Order requiring Respondent to show cause why injunctive relief should not be granted as prayed in the Petition, and the parties having thereafter consented to the entry of the within Order, and Respondent not having thereby admitted that it has violated the Act, it is therefore,

**ORDERED, ADJUDGED AND DECREED** that, pending the final disposition of the matters involved herein pending before the National Labor Relations Board, Respondent, International Brotherhood of Teamsters, Local 326, its officers, representatives, agents, servants, employees, attorneys and all members and persons acting in concert or participation with it or them, be, and they hereby are, enjoined and restrained from:

(a)    Continuing its current picketing of Total Distribution Services, Inc. at the Wilmington Center at 1155 Centerville Road, Wilmington, Delaware;

(b)     In any manner, or by any means, including picketing, orders, directions, instructions, requests, or appeals, however given, made or imparted, or by any like or related acts or conduct, or by permitting any such to remain in existence or effect, engaging in, or inducing or encouraging any individual employed by Total Distribution Services, Inc., or by any other person engaged in commerce or in an industry affecting commerce to engage in, a strike or refusal in the course of their employment to use, manufacture, process, transport, or otherwise handle or work on any goods, articles, materials, or commodities, or to perform any services, or in any manner, or by any means, threatening, coercing or restraining Total Distribution Services, Inc., or any other person engaged in commerce or in an industry affecting commerce, where in either case an object thereof is to force or require Total Distribution Services, Inc., or any other person to cease using, selling, handling, transporting or otherwise dealing in the products or services of North American Rail Solutions of Delaware, LLC, or each other, or to cease doing business with North American Rail Solutions of Delaware, LLC.

Done at Wilmington, Delaware this _____3rd_____ day of _Oct._ , 2005.

_____
UNITED STATES DISTRICT JUDGE

Consented to:

By: _____     By: _____
Respondent    9-21-05                    Petitioner

\priority\9h4blingerman consent decree doc